**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALEXIS PARKER and LATISHA RHODES, individually and on behalf of others similarly situated, | |
| Plaintiffs, | Case No.: 2020-CV-05103 |
| v. | |
| IAS LOGISTICS DFW, LLC d/b/a PINNACLE LOGISTICS, | |
| Defendant. | |

**THE PARTIES' JOINT STATUS REPORT**

Plaintiff, Alexis Parker and Defendant, IAS Logistics DFW, LLC d/b/a/ Pinnacle Logistics ("Pinnacle") (collectively referred to herein as "the Parties"), through their respective attorneys, for their Joint Status Report as directed by the Court (ECF Doc. No. 140), state as follows:

**A.      Completed Discovery.**

The Parties have each exchanged written responses to initial Interrogatories and Requests for Production.

Pinnacle has produced voluminous documents, including personnel records, payroll data, and policies.

**B.      Remaining Discovery.**

1.      Pinnacle anticipates serving written discovery on various opt-in Plaintiffs.

2.      Pinnacle anticipates taking the depositions of Named Plaintiff and various opt-in Plaintiffs.

3.      It is anticipated the Parties will schedule the Rule 30(b)(6) deposition of Pinnacle's representative and the deposition of Leyna Tran, an employee of Pinnacle

1

sometime between February 21, 2022 and March 4, 2022, depending on the timing of the Court's disposition of the pending Motion for Protective Order (ECF Doc. Nos. 149).

4.  On January 19, 2022, Plaintiff served Pinnacle with a Second Set of Interrogatories and Second Set of Requests for Production.

5.  Plaintiff anticipates producing documents responsive to Pinnacle's initial discovery requests on or before February 3, 2022, subject to any objections

**C.      Whether Any Discovery Disputes Require the Court's Attention.**

1.  Pinnacle's Motion for Protective Order, which the Court ordered Plaintiff to file her written response by February 3, 2022.  (ECF Doc. Nos. 149 and 151).

2.  The Parties reserve their respective rights to seek the Court's assistance to resolve certain objections each raised in response to written discovery, which they are continuing to address cooperatively.

Respectfully submitted,

<table>
<tr><td>

**IAS Logistics, DFW, LLC d/b/a Pinnacle Logistics, Defendant**

By:  /s/Lisa Handler Ackerman
      One of its attorneys

Lisa Handler Ackerman
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
312.704.0550 tel | 312.704.1522 fax
lisa.ackerman@wilsonelser.com

</td><td>

**Latisha Rhodes and Alexis Parker, Plaintiffs**

By: /s/ Nicholas Conolon
      One of their attorneys

Jason T. Brown
Nicholas Conlon
Brown Law Group
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (877) 561-0000
Fax: (855) 582-5297
nicholasconlon@jtblawgroup.com
jtb@jtblawgroup.com

David Fish
John Kunze
Fish, Potter, Bolanos, P.C.

</td></tr>
</table>

2

200 East 5th Avenue, Suite 123
Naperville, IL 60563
Tel: (630) 364-4061
dfish@fishlawfirm.com
jkunze@fishlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 27, 2022, she caused the foregoing pleading to be filed with the court by electronic filing protocols using the CM/ECF system, and that a copy of the same will therefore be electronically served upon all attorneys of record registered with the court's CM/ECF system.

/s/ Lisa Handler Ackerman

265806077v.1
265806077v.1