**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALEXIS PARKER and LATISHA RHODES,, individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br> v.<br><br>IAS LOGISTICS DFW, LLC, d/b/a PINNACLE LOGISTICS,<br><br> Defendant. | Case No.: 2020-CV-005103 |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED BRIEFING PAGE LIMIT, PURSUANT TO LOCAL RULE 7.1**

 Plaintiffs, Latisha Rhodes and Alexis Parker (collectively, "Plaintiffs"), on behalf of themselves and those similarly situated, by and through their counsel, respectfully move for permission to exceed the briefing page limit, pursuant to Local Rule 7.1.

 Plaintiffs intend to file, contemporaneously with this Motion, their Unopposed Motion for Preliminary Approval of Class Action Settlement and for Certification of Class and Collective for Settlement Purposes. Plaintiffs seek relief from to Local Rule 7.1's 15-page limit and requests permission to file an eighteen-page brief in support of their Unopposed Motion for Preliminary Approval. The brief addresses the procedural history of the case, the mediation and settlement, each of the factors for preliminary approval, and each of the factors analyzed for Rule 23 class certification.

 Wherefore, Plaintiffs respectfully request that the Court GRANT their Unopposed Motion to Exceed Briefing Page Limit, Pursuant to Local Rule 7.1.

1

Dated: May 4, 2022  Respectfully Submitted,

By: /s/ Jason T. Brown
One of Plaintiffs' Attorneys

Jason T. Brown
Nicholas R. Conlon
**Brown, LLC**
205 North Michigan Avenue, Suite 810
Chicago, Illinois 60601
Telephone: (877) 561-0000
Facsimile: (855) 582-5297
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

David Fish
John Kunze
**Fish Potter Bolaños, P.C.**
200 E 5th Ave Suite 123
Naperville, IL 60563
T: 630-355-7590
F: 630-778-0400